UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| BALAGTAS, MAX M | § | Case No. 12-21348 |
| BALAGTAS, VIVIAN C | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/17/2013 in Courtroom 744,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2013          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
       §
BALAGTAS, MAX M  §   Case No. 12-21348
BALAGTAS, VIVIAN C  §
       §
       §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 4,950.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,250.00 | $ 0.00 | $ 1,250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,250.00 |
| Remaining Balance | $ 3,700.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,207.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 23,207.79 | $ 0.00 | $ 3,700.00 |
| | Total to be paid to priority creditors | | $ | 3,700.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 211,929.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC (BANK OF AMERICA, N.A.) | $ 25,661.49 | $ 0.00 | $ 0.00 |
| 000003 | FIA CARD SERVICES, N.A. | $ 16,754.84 | $ 0.00 | $ 0.00 |
| 000004 | RIDGESTONE BANK | $ 166,053.06 | $ 0.00 | $ 0.00 |
| 000005 | REINHART FOOD SERVICE | $ 3,460.26 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Frances Gecker
                  Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-21348-ERW
Max M Balagtas                                                      Chapter 7
Vivian C Balagtas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: rgreen              Page 1 of 2            Date Rcvd: Nov 15, 2013
                            Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
db/jdb         +Max M Balagtas,   Vivian C Balagtas,   655 W. Irving Park Road,   Apt. 3712,
                 Chicago, IL 60613-3116
18956254       +ADR Center,   30 Bank Street,   New Britain, CT 06051-2219
18956255       +Anastasios & Kostas Stamaqtis,   1158 West Wrightwood,   Chicago, IL 60614-1315
19194878       +Atlas Acquisitions LLC  (Bank of America, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
18956257      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
18956258       +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
18956260       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
18956261       +Chicago Department of Revenue,   Remittance Center,   P.O. Box 4641,   Chicago, IL 60680-4641
18956262       +Chuhak & Tecson,   30 S. Wacker Drive,   Suite 2600,   Chicago, IL 60606-7512
19342387        FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18956264       +Firstsource Advantage, LLC,   Attn: Bankruptcy Dept.,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
18956265       +Fisher & Shapiro,   2121 Waukegan Road, #301,   Deerfield, IL 60015-1831
18956266       +Hudson Energy Service,   24919 Network Pl,,   Chicago, IL 60673-1249
18956268       +I.D.E.S,   PO Box 6996,   Chicago, IL 60680-6996
18956269      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
                 100 W. Randolph St., Suite 7-400,   Chicago, IL 60601)
19327748        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18956271       +John C. Bonewicz,   8001 N. Lincoln Ave,   Suite 402,   Skokie, IL 60077-3657
18956272       +Kostas & Anastasios Stamatis,   1158 West Wrightwood,   Chicago, IL 60614-1315
18956273       +Mark B. Grzymala / James T. Rohlfin,   211 W. Wacker Drive, Suite 1200,   Chicago, IL 60606-1379
18956274       +Reinhart Food Servcies,   251 Central Avenue,   University Park, IL 60484-3183
19416895       +Reinhart Food Service,   100 Harborview Plaza,   La Crosse, WI 54601-4290
18956275        Ridgestone Bank,   30 D. Wacker Drive, Suite 2600,   Chicago, IL 60606
18956276       +Sheriff's Office of Cook County,   50 W. Washington Room 701,   Chicago, IL 60602-1461
18956277       +Stamatis Properties,   1158 W. Wrightwood,   Chicago, IL 60614-1315
18956278       +Stotis & Baird Chartered,   Bell George Stotis,   200 West Jackson Blvd, Suite 1050,
                 Chicago, IL 60606-6976
18956279       +Subway Development Corporation,   8605 West Bryn Mawr,   Suite 314,   Chicago, IL 60631-3510
18956280        Subway Sandwich Shops, Inc,   325 Bix Drive,   Milford, CT 06461
18956281       +Subway World HeadQuarters,   325 Blic Drive,   Milford, CT 06461-3059
18956282        Sunrise Credit Services,   260 Airport Plaza,   PO Box 9100,   Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19109600       +E-mail/Text: bnc@atlasacq.com Nov 16 2013 01:49:41     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
18956259       +E-mail/Text: ebn@squaretwofinancial.com Nov 16 2013 01:51:14     Cach Llc,
                 4340 S Monaco St Unit 2,   Denver, CO 80237-3408
18956267       +E-mail/Text: Bankruptcy@icsystem.com Nov 16 2013 01:50:31     I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
18956270        E-mail/Text: cio.bncmail@irs.gov Nov 16 2013 01:49:55     IRS,   PO Box 7317,
                 Philadelphia, PA 19101-7317
19008223        E-mail/Text: ECF@SHERMETA.COM Nov 16 2013 01:50:37     JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18956256     ##Aquarius Enterprises LLC,   3776 N. Clark Street,   Chicago, IL 60613-3810
18956263     ##+Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: rgreen              Page 2 of 2                  Date Rcvd: Nov 15, 2013
                               Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Francisco  Connell    on behalf of Creditor    Ridgestone Bank fconnell@chuhak.com,
               hcummins@chuhak.com
              Joseph P Doyle    on behalf of Debtor Max M Balagtas joe@fightbills.com,    courts@fightbills.com
              Joseph P Doyle    on behalf of Joint Debtor Vivian C Balagtas joe@fightbills.com,
               courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross T Brand    on behalf of Creditor     BANK OF AMERICA, N.A. rbrand@fisherandshapirolaw.com,
               bk_il_notice@fisherandshapirolaw.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 7
```