UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BALAGTAS, MAX M § Case No. 12-21348
BALAGTAS, VIVIAN C §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridgestone Bank 10 N Martingale Rd # 100 Schaumburg, IL 60173 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Department of Revenue Remittance Center P.O. Box 4641 Chicago, IL 60680 | | | | | |
| | IRS PO Box 7317 Philadelphia, PA 19101-7317 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section 100 W. Randolph St., Suite 7-400 Chicago, IL 60601 | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADR Center 30 Bank Street New Britain, CT 06051 | | | | | |
| | Anastasios & Kostas Stamaqtis 1158 West Wrightwood Chicago, IL 60614 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Cach Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | | | | |
| | Chuhak & Tecson 30 S. Wacker Drive Suite 2600 Chicago, IL 60606 | | | | | |
| | Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | Firstsource Advantage, LLC Attn: Bankruptcy Dept. 205 Bryant Woods South Buffalo, NY 14228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fisher & Shapiro 2121 Waukegan Road, #301 Deerfield, IL 60015 | | | | | |
| | Hudson Energy Service 24919 Network Pl, Chicago, IL 60673 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | I.D.E.S PO Box 6996 Chicago, IL 60680-6969 | | | | | |
| | John C. Bonewicz 8001 N. Lincoln Ave Suite 402 Skokie, IL 60077 | | | | | |
| | Kostas & Anastasios Stamatis 1158 West Wrightwood Chicago, IL 60614 | | | | | |
| | Mark B. Grzymala / James T. Rohlfin 211 W. Wacker Drive, Suite 1200 Chicago, IL 60606 | | | | | |
| | Reinhart Food Servcies 251 Central Avenue University Park, IL 60484 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheriff's Office of Cook County 50 W. Washington Room 701 Chicago, IL 60602 | | | | | |
| | Stamatis Properties 1158 W. Wrightwood Chicago, IL 60614 | | | | | |
| | Stotis & Baird Chartered Bell George Stotis 200 West Jackson Blvd, Suite 1050 Chicago, IL 60606-6941 | | | | | |
| | Subway Development Corporation 8605 West Bryn Mawr Suite 314 Chicago, IL 60631 | | | | | |
| | Subway Sandwich Shops, Inc 325 Bix Drive Milford, CT 06461 | | | | | |
| | Sunrise Credit Services 260 Airport Plaza PO Box 9100 Farmingdale, NY 11735-9100 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (BANK OF AME | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | REINHART FOOD SERVICE | | | | | |
| 000004 | RIDGESTONE BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-21348 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | BALAGTAS, MAX M | | | Date Filed (f) or Converted (c): | 05/25/12 (f) |
| | BALAGTAS, VIVIAN C | | | 341(a) Meeting Date: | 07/27/12 |
| For Period Ending: | 04/29/14 | | | Claims Bar Date: | 10/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 655 W. IRVING PARK ROAD, AP  Order dated 2/13/13  Debtor Claimed Exemption | 168,200.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH  Cash on Hand  Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  Checking account with Bank of America  Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Checking account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS  Business Checking account with Bank of America  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS  Business Checking Account with Bank of America  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS  Miscellaneous used household goods and furnishings  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS / COLLECTIBLES  Books, Pictures, and CD's  Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL  Wearing Apparel  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-21348 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
| Case Name: | BALAGTAS, MAX M | | | Date Filed (f) or Converted (c): | 05/25/12 (f) |
| | BALAGTAS, VIVIAN C | | | 341(a) Meeting Date: | 07/27/12 |
| | | | | Claims Bar Date: | 10/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Miscellaneous Costume Jewelry  Debtor Claimed Exemption | | | | | |
| 11. STOCK | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Debtor & Co-Debtor own a failing Subway Restaurant - (LLC Aquarius Enterprises) - Debtors intend to close the business upon filing the bankruptcy | | | | | |
| 12. LIQUIDATED CLAIMS | 5,000.00 | 0.00 | | 0.00 | FA |
| Estimated 2011 tax refund of $5000.00 not received prior to filing the bankruptcy  Debtor Claimed Exemption | | | | | |
| 13. OFFICE EQUIPMENT | 5,000.00 | 0.00 | | 0.00 | FA |
| Business Equipment - pledged as collateral for SBA Commercial Loan thru Ridgestone Bank - (P.M.S.I.) - Debtors intend to surrender interest in Restaurant - (Baking Oven, Proofer, Toaster Oven, Microwave, Soda Fountain, Cooling Unit (Cold Well) & (Hot Well), Bread Cabinets and Bread Racks, Refrigerators, Freezers, Sinks, Storage Racks, Coca Cola Fountain, Chairs & Tables, Cash Register, 1 Computer & 1 Printer, Survelliance System (Camera, Monitor, Hard Drive)  Debtor Claimed Exemption | | | | | |
| 14. INVENTORY | 2,500.00 | 515.00 | | 0.00 | FA |
| Food Products ($2500.00)  Debtor Claimed Exemption | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $183,215.00 | $5,515.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

Ver: 17.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-21348   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
| Case Name: | BALAGTAS, MAX M | Date Filed (f) or Converted (c): | 05/25/12 (f) |
| | BALAGTAS, VIVIAN C | 341(a) Meeting Date: | 07/27/12 |
| | | Claims Bar Date: | 10/24/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED A TDR TO THE UST FOR APPROVAL ON 3-6-14.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 06/01/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-21348 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | BALAGTAS, MAX M | | Bank Name: | Congressional Bank |
| | BALAGTAS, VIVIAN C | | Account Number / CD #: | *******7805  MONEY MARKET |
| Taxpayer ID No: | *******6324 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/12 | 11 | SUBWAY SANDWICH SHOPS INC. 325 BIC DRIVE MILFORD, CT  06460 | | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 5,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,000.00 | |
| Subtotal | 5,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 0.00 | |

Page Subtotals        5,000.00        5,000.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-21348 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | BALAGTAS, MAX M | | Bank Name: | Bank of New York Mellon |
| | BALAGTAS, VIVIAN C | | Account Number / CD #: | *******7314 GENERAL CHECKING |
| Taxpayer ID No: | *******6324 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,000.00 | | 5,000.00 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 4.08 | 4,995.92 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 5.92 | 4,990.00 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 12/18/13 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,250.00 | 3,700.00 |
| 12/18/13 | 010001 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Claim 000002A, Payment 15.94% | 5800-000 | | 3,700.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 5,000.00 | 0.00 | |
| Subtotal | 0.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********7805 | 5,000.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7314 | 0.00 | 5,000.00 | 0.00 |
| | 5,000.00 | 5,000.00 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 5,000.00 | 5,000.00 | |

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 3

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-21348 -ERW | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | BALAGTAS, MAX M | Bank Name: | Bank of New York Mellon |
| | BALAGTAS, VIVIAN C | Account Number / CD #: | *******7314 GENERAL CHECKING |
| Taxpayer ID No: | *******6324 | | |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********7805 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********7314 | | | | |

Frances Gecker, Trustee

Trustee's Signature: _/s/ Frances Gecker_____ Date: 04/29/14
FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*